[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 15, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13630
Non-Argument Calendar

_____

D. C. Docket No. 06-00012-CR-001-HL-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEWIS ANTONIO ARNOLD,
a.k.a. L.A.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(February 15, 2008)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Lewis Antonio Arnold on this

direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  We note that, because we question the applicability of Arnold's sentence appeal waiver, we do not rely on that waiver in determining that there are no issues of arguable merit for appeal. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Arnold's conviction and sentence are **AFFIRMED**.